CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 30 2013

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| EVERETT C. KAYMORE, | Criminal Case No. 5:10cr00016-1 |
| Petitioner, | |
| v. | **2255 FINAL ORDER** |
| UNITED STATES OF AMERICA, | By: Samuel G. Wilson |
| Respondent. | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that the government's motion to dismiss Kaymore's motion pursuant to 28 U.S.C. § 2255 is **GRANTED**, Kaymore's motion is **DISMISSED**, and this matter is **STRICKEN** from the court's active docket. Further, finding that Kaymore has failed to make the requisite substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

ENTER: January 30, 2013.

_____
UNITED STATES DISTRICT JUDGE